# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANNE L. JOHNSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-08-1318-HE |
| | ) |
| OKLAHOMA CITY UNIVERSITY & | ) |
| LAWRENCE K. HELLMAN, | ) |
| | ) |
|     Defendants. | ) |

## JOINT MOTION FOR PROTECTIVE ORDER

The plaintiff and defendants respectfully request the Court enter the Agreed Protective Order attached as Exhibit 1.

    s/ Daniel P. Johnson
    Leonard Court, OBA #1948
    Courtney K. Warmington, OBA #18486
    Daniel P. Johnson, OBA #20742

    -Of the Firm-

    CROWE & DUNLEVY
    A Professional Corporation
    20 North Broadway
    Suite 1800
    Oklahoma City, OK 73102-8273
    (405) 235-7700
    (405) 239-6651 (Facsimile)
    leonard.court@crowedunlevy.com
    courtney.warmington@crowedunlevy.com
    daniel.johnson@crowedunlevy.com

    Attorneys for Defendants

    s/ Woodrow K. Glass *(with permission)*
Stan Ward OBA # 9351
Woodrow K. Glass, OBA # 15690
Scott F. Brockman, OBA # 19416
Scott K. Thomas, OBA # 218742
Zachary K. Bradt, OBA # 22073

-Of the Firm-

WARD & GLASS
1821 E. Imhoff Road, Suite 102
Norman, Oklahoma 73071
(405) 360-9700
(405) 360-7902 FAX
carol@wardglasslaw.com
woody@wardglasslaw.com
scott@wardglasslaw.com
sthomas@wardglasslaw.com
zbradt@wardglasslaw.com

Attorneys for Plaintiff