IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1)   DANNE L. JOHNSON,            )
                                   )
                    Plaintiff,     )
                                   )
vs.                                )   Case No. CIV-08-1318-H
                                   )
(1)   OKLAHOMA CITY UNIVERSITY,    )
      a non-profit agency; and,    )
(2)   LAWRENCE K. HELLMAN,         )
      Individually, and as Dean of the )
      Oklahoma City University School of )
      Law,                         )
                                   )
                    Defendant.     )

## PLAINTIFF'S FINAL EXHIBIT LIST

Pursuant to the Court's Scheduling Order entered on April 7, 2009, the following is Plaintiff's Final Exhibit List:

| No. | Description | Bates-Number |
|---|---|---|
| 1 | Faculty Employment Contract 2008-2009 Academic Year | D Johnson 00001-00006 |
| 2 | Faculty Employment Contract 2007-2008 Academic Year | D Johnson 00007 |
| 3 | Faculty Employment Contract 2006-2007 Academic Year | D Johnson 00008 |
| 4 | Faculty Employment Contract 2005-2006 Academic Year | D Johnson 00009 |
| 5 | Faculty Employment Contract 2004-2005 Academic Year | D Johnson 00010 |

| | | |
|---|---|---|
| 6 | Faculty Probationary Employment Contract 2003-2004 | D Johnson 00013-00014 |
| 7 | Narrative | D Johnson 00018-00019 |
| 8 | E-mail from Danne Johnson to Norwood Beverage dated June 20, 2008 | D Johnson 00020 |
| 9 | OCU attachment 4 to form 990 for FY 7-01-93 - 6-30-94 | D Johnson 00021 |
| 10 | OCU attachment 5 to Form 990 Schedule A Part I Compensation for FY 93-94 | D Johnson 00022 |
| 11 | OCU attachment 4 to Form 990 for FY 94-95 | D Johnson 00023 |
| 12 | OCU attachment 5 to Form 990 Part I Compensation for FY 94-95 | D Johnson 00024 |
| 13 | OCU attachment 4 to Form 990 Part V for FY 95-96 | D Johnson 00025 |
| 14 | OCU attachment 5 to Form 990 Compensation Part 1 for FY 95-96 | D Johnson 00026 |
| 15 | OCU attachment 4 to Form 990 Part V for FY 96-97 | D Johnson 00027 |
| 16 | OCU attachment 5 to Form 990 Part V for FY 96-97 | D Johnson 00028 |
| 17 | OCU attachment to Form 990 Part V for FY 97-98 | D Johnson 00029 |
| 18 | OCU attachment to Form 990 Compensation for FY 97-98 | D Johnson 00030 |
| 19 | OCU attachment to Form 990 Part V for FY 98-99 | D Johnson 00031 |
| 20 | OCU attachment to Form 990 Compensation for FY 98-99 | D Johnson 00032 |

| 21 | OCU attachment to Form 990 Part V for FY 99-00 | D Johnson 00033 |
|----|------------------------------------------------|-----------------|
| 22 | OCU attachment to Form 990 Compensation for FY 99-00 | D Johnson 00034 |
| 23 | OCU attachment to Form 990 Compensation for FY 2000 | D Johnson 00035 |
| 24 | OCU attachment to Form 990 Part V for FY 2000 | D Johnson 00036 |
| 25 | OCU attachment to Form 990 Compensation for FY 2001 | D Johnson 00037 |
| 26 | OCU attachment to Form 990 Part V for FY 2001 | D Johnson 00038 |
| 27 | OCU attachment to Form 990 Compensation for FY 2002 | D Johnson 00039 |
| 28 | OCU attachment to Form 990 Part V for FY 2002 | D Johnson 00040 |
| 29 | OCU attachment to Form 990 Compensation for FY 2003 | D Johnson 00041 |
| 30 | OCU attachment to Form 990 Part V for FY 2003 | D Johnson 00042 |
| 31 | OCU attachment to Form 990 Compensation for FY 2004 | D Johnson 00043 |
| 32 | OCU attachment to Form 990 Part V for FY 2004 | D Johnson 00044 |
| 33 | OCU attachment to Form 990 Compensation for FY 2005 | D Johnson 00045 |
| 34 | OCU attachment to Form 990 Pat V for FY 2005 | D Johnson 00046 |
| 35 | OCU attachment to Form 990 Compensation for FY 2005 | D Johnson 00047 |

| 36 | OCU attachment to Form 990 Compensation for FY 2006 | D Johnson 00048 |
|----|------|------|
| 37 | OCU attachment to Form 990 Compensation for FY 2007 | D Johnson 00049 |
| 38 | Chart - Monthly Salary by Rank | D Johnson 00050-00051 |
| 39 | Memorandum from Hellman to Faculty dated October 27, 2005, regarding Full Professor Salary Information. | D Johnson 00052 |
| 40 | Memorandum from Hellman to Faculty dated October 5, 2006, regarding Faculty Salary Resolution. | D Johnson 00053 |
| 41 | E-mails to and from Conger and Johnson dated February 20, 2008, regarding internal investigation. | D Johnson 00054 |
| 42 | E-mails to and from Hatamyar and Patterson regarding status. | D Johnson 00055-00056 |
| 43 | OCU School of Law self-study dated September 30, 2005. | D Johnson 00066-00083 |
| 44 | E-mail from Hatamyar to Dalley, Johnson & Spivack dated October 2, 2007. | D Johnson 00084 |
| 45 | Statement/Interest of concerns. | D Johnson 00085-00086 |
| 46 | E-mail string dated October 5, 2007, regarding investigation. | D Johnson 00089-00095; D Johnson 00102-00103; D Johnson 00142. |
| 47 | E-mail string dated September 24, 2007, regarding women in law. | D Johnson 00100-00101; D Johnson 00145-00146; D Johnson 00149. |
| 48 | E-mail from Hatamyar to Conger dated October 10, 2001. | D Johnson 00104 |
| 49 | Confidential Memorandum to Conger from Dalley, Hatamyar, Johnson and Spivack. | D Johnson 00107-00120 |

| 50 | E-mail string dated April 2, 2008, from Hatamyar to Johnson. | D Johnson 00156-00159 |
|---|---|---|
| 51 | E-mail from Dalley to Johnson regarding question dated April 2, 2008. | D Johnson 00160-00161 |
| 52 | E-mail from Spivack to Johnson regarding a good read dated May 1, 2008. | D Johnson 00163 |
| 53 | Standards & Procedures for Retention, Promotion and Tenure, OCU School of Law | D Johnson 00170-00199 |
| 54 | Standards & Procedures for Retention, Promotion and Tenure [The Appendix of Document of the Law School]. | D Johnson 00200-00250 |
| 55 | Confidential Report to the Dean from Johnson 2007-2007 | D Johnson 00251-00256 |
| 56 | Confidential Report to the Dean from Johnson 2008-2009 | D Johnson 00257-00260 |
| 57 | Memorandum to Dalley and Tussey from Johnson dated November 11, 2008, regarding self-evaluation - addendum | D Johnson 00261-00262 |
| 58 | E-mail string from Hatamyar to Dalley, Spivack and Johnson dated March 12, 2008, regarding status of investigation | D Johnson 00267 |
| 59 | E-mail from Dalley to Spivack and Johnson regarding Con Law Women dated September 17, 2007 | D Johnson 00268 |
| 60 | E-mail string regarding domestic violence symposium | D Johnson 00268-00272 |
| 61 | E-mail string regarding concern about diversity | D Johnson 00273-00275 |
| 62 | E-mail strings regarding Constitutional Day-schedule and diversity concerns | D Johnson 00276-00310 |
| 63 | E-mail from Hatamyar to Johnson and Spivack regarding review of Marc Blitz | D Johnson 00311 |

| | | |
|---|---|---|
| 64 | E-mail string between Johnson and Blitz regarding Con Day announcement | D Johnson 00312-00327 |
| 65 | Memo to the faculty | D Johnson 00332 |
| 66 | E-mail to Hellman from Hatamyar regarding faculty meeting | D Johnson 00343 |
| 67 | E-mail strings between Johnson and Barrett regarding investigation. | D Johnson 00345-00352 |
| 68 | E-mail from Conger to Dalley, Johnson and Spivack regarding investigation dated March 26, 2008 | D Johnson 00354 |
| 69 | E-mail from Conger to Hatamyar, Dalley, Johnson and Spivack regarding investigation status dated March 16, 2008 | D Johnson 00355 |
| 70 | E-mail string from Bonet regarding status of investigation | D Johnson 00356-00359 |
| 71 | E-mail string between Conger and Spivack dated April 15, 2008 | D Johnson 00360 |
| 72 | E-mail string between Conger and others regarding internal investigation - Memo to faculty | D Johnson 00361-00369 |
| 73 | Confidential memo to faculty from Conger | D Johnson 00370 |
| 74 | E-mail from Hatamyar to Patterson regarding grievance dated 6-20-2008 | D Johnson 00377 |
| 75 | Letter from Hedrick to Laity dated 6-20-08 | D Johnson 00378 |
| 76 | Letter from Barber to Laity dated 6-17-08 | D Johnson 00379-00380 |
| 77 | Protocol - Faculty - Discrimination Panels | D Johnson 00478-00496 |
| 78 | Confidential memorandum to Liz Hedrick from Hatamyar and Johnson dated 5-1-08 | D Johnson 00392-00394 |
| 79 | Confidential memo from Hatamyar and Johnson to Hedrick | D Johnson 00395 |

| 80 | Letter from Hedrick to Johnson dated June 18, 2008 | D Johnson 00396 |
|---|---|---|
| 81 | Confidential Memo from Hedrick to Hatamyar and Johnson dated June 24, 2008 | D Johnson 00397 |
| 82 | Letter from Hedrick to Johnson dated June 18, 2008 | D Johnson 00398-00403 |
| 83 | Policy and Procedure of Sexual Harassment | D Johnson 00405-00408 |
| 84 | Policy and Procedure of Grievance | D Johnson 00409-00418 |
| 85 | Grievance for Sexual and Racial Harassment, Discrimination, Retaliation and Failure to follow University Policy and Procedure | D Johnson 00422-00457 |
| 86 | OCU Staff Handbook | D Johnson 00458-00473 |
| 87 | Confidential Memo from Hatamyar and Johnson to Bernie Patterson dated May 5, 2008 | D Johnson 00497 |
| 88 | E-mail strings and information regarding Quinlas speaker | D Johnson 00516-00523 |
| 89 | E-mail strings regarding teaching in summary abroad programs | D Johnson 00529-00536 |
| 90 | E-mail strings regarding diversity issues in admissions dated October 26, 2006 | D Johnson 00558-00561 |
| 91 | E-mail from Johnson to Conger dated October 5, 2005 | D Johnson 00609-00610 |
| 92 | Proclamation of SGA | D Johnson 00611-00612 |
| 93 | E-mail strings regarding addendum to memo | D Johnson 00613-00614 |
| 94 | E-mail strings regarding question | D Johnson 00614-00618 |
| 95 | E-mail from Temple to Johnson dated May 7, 2008 | D Johnson 00619 |
| 96 | E-mail strings dated April 16, 2008 | D Johnson 00620-00624 |
| 97 | Confidential Memorandum to Temple's file and Hedrick dated May 19, 2008 | D Johnson 00625-00632 |

| 98  | E-mail string between Johnson and Spivack | D Johnson 00641 |
|-----|---|---|
| 99  | E-mail string between Johnson and Barrett regarding Per Your Request | D Johnson 00644-00648 |
| 100 | Memo from Patterson to Johnson dated March 11, 2009, regarding Request for Paid FMLA | D Johnson 00775 |
| 101 | E-mail string between Barrett and Johnson regarding Stuff | D Johnson 00810-00813 |
| 102 | OCU School of Law Strategic Plan - April 1, 2005 | D Johnson 00820-00841 |
| 103 | E-mail string between Barrett and Johnson regarding P and T Standards and promotion | D Johnson 00870-00880 |
| 104 | E-mail string regarding Federalist Society speaker | D Johnson 00906-00929 |
| 105 | Letter from Conger to Hatamyar dated February 15, 2008 | D Johnson 00930 |
| 106 | E-mail string regarding investigation status | D Johnson 00932-00944 |
| 107 | OCU Faculty Handbook April 2008 Revision | D Johnson 00945-00961 |

s/Woodrow K. Glass
Stanley M. Ward, OBA#9351
Woodrow K. Glass, OBA#15690
Scott F. Brockman, OBA#19416
Scott K. Thomas, OBA # 21842
Zachary K. Bradt, OBA #22073
WARD & GLASS, L.L.P.
1821 East Imhoff, Suite 102
Norman, Oklahoma   73071
405-360-9700   Telephone
405-360-7902   Facsimile
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November, 2009, a true and correct copy of the above and foregoing was electronically transmitted to the Clerk of the Court using ECF System for filing and transmittal of a Notice of Electronic Filing was electronically sent to the following counsel of record:

Leonard Court
Courtney K. Warmington
Crowe & Dunlevy
20 N. Broadway, Suite 1800
Oklahoma City, OK   73102
405-235-7700 Telephone
405-239-6651 Facsimile
ATTORNEYS FOR DEFENDANTS

                                                               s/Woodrow K. Glass