IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)　　DANNE L. JOHNSON, | ) | |
| | ) | |
| 　　　　　　　　　Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-08-1318-H |
| | ) | |
| (1)　　OKLAHOMA CITY UNIVERSITY, | ) | |
| 　　　　a non-profit agency; and, | ) | |
| (2)　　LAWRENCE K. HELLMAN, | ) | |
| 　　　　Individually, and as Dean of the | ) | |
| 　　　　Oklahoma City University School of | ) | |
| 　　　　Law, | ) | |
| | ) | |
| 　　　　　　　　　Defendant. | ) | |

## PLAINTIFF'S FINAL WITNESS

Pursuant to the Court's Scheduling Order entered on April 7, 2009, the following is Plaintiff's Final Witness List with addresses and a brief summary of testimony:

| No. | Name | Expected Testimony |
|---|---|---|
| 1 | Danne Johnson<br>c/o Ward & Glass | Expected to testify as to her knowledge of the facts and circumstances surrounding the allegations in the Complaint. |
| 2 | Lawrence K. Hellman<br>c/o Crowe & Dunlevy | Expected to testify as to his knowledge of the facts and circumstances surrounding the allegations in the Complaint. |
| 3 | J. William Conger<br>c/o Oklahoma City University | Expected to testify as to his knowledge of the facts and circumstances surrounding the allegations in the Complaint. |
| 4 | Gayle Barrett<br>c/o Crowe & Dunlevy | Expected to testify as to her knowledge of the facts and circumstances surrounding the allegations in the Complaint. |

| 5 | Andrew Spiropolous<br>Oklahoma City University | Expected to testify as to his knowledge of the facts and circumstances surrounding the allegations in the Complaint. |
|---|---|---|
| 6 | Arthur LeFrancois<br>Oklahoma City University | Expected to testify as to his knowledge of the facts and circumstances surrounding the allegations in the Complaint. |
| 7 | Alvin Harrell<br>Oklahoma City University | Expected to testify as to his knowledge of the facts and circumstances surrounding the allegations in the Complaint |
| 8 | Charles L. Cantrell<br>Oklahoma City University | Expected to testify as to his knowledge of the facts and circumstances surrounding the allegations in the Complaint. |
| 9 | Liz Hedrick<br>c/o Crowe & Dunlevy | Expected to testify as to her knowledge of the facts and circumstances surrounding the allegations in the Complaint. |
| 10 | Dr. Bernie Patterson<br>c/o Crowe & Dunlevy | Expected to testify as to his knowledge of the facts and circumstances surrounding the allegations in the Complaint |
| 11 | Barry Johnson<br>Oklahoma City University | Expected to testify as to his knowledge of the facts and circumstances surrounding the allegations in the Complaint. |
| 12 | Marc Blitz<br>Oklahoma City University | Expected to testify as to his knowledge of the facts and circumstances surrounding the allegations in the Complaint. |
| 13 | Vickey McDougal<br>Oklahoma City University | Expected to testify as to her knowledge of the facts and circumstances surrounding the allegations in the Complaint. |
| 14 | Phyllis Bernard<br>Oklahoma City University | Expected to testify as to her knowledge of the facts and circumstances surrounding the allegations in the Complaint. |
| 15 | Carla Spivack<br>Oklahoma City University | Expected to testify as to her knowledge of the facts and circumstances surrounding the allegations in the Complaint. |

| | | |
|---|---|---|
| 16 | Paula Dalley<br>Oklahoma City University<br>Oklahoma City, OK 73106 | Expected to testify as to her knowledge of the facts and circumstances surrounding the allegations in the Complaint. |
| 17 | Peter Dillon<br>Oklahoma City University | Expected to testify as to his knowledge of the facts and circumstances surrounding the allegations in the Complaint. |
| 18 | Judson Temple<br>12413 Eric Field Place<br>Oklahoma City, OK 73142 | Expected to testify as to his knowledge of the facts and circumstances surrounding the allegations in the Complaint. |
| 19 | Norwood Beveridge<br>Oklahoma City University | Expected to testify as to his knowledge of the facts and circumstances surrounding the allegations in the Complaint |
| 20 | Dennis Arrow<br>Oklahoma City University | Expected to testify as to his knowledge of the facts and circumstances surrounding the allegations in the Complaint |
| 21 | Robert Coulthard<br>65 Ocean View Drive<br>Apt. 11<br>Dorchester, MA 02125 | Expected to testify as to his knowledge of the facts and circumstances surrounding the allegations in the Complaint |
| 22 | Michael O'Shea<br>Oklahoma City University | Expected to testify as to his knowledge of the facts and circumstances surrounding the allegations in the Complaint |
| 23 | Patricia Hatamyar<br>1601 61st Street S<br>Gulfport, FL 33707 | Expected to testify as to her knowledge of the facts and circumstances surrounding the allegations in the Complaint |
| 24 | Eric Laity<br>Oklahoma City University | Expected to testify as to his knowledge of the facts and circumstances surrounding the allegations in the Complaint |
| 25 | Dean Susan Barber<br>Oklahoma City University | Expected to testify as to her knowledge of the facts and circumstances surrounding the allegations in the Complaint |

| 26 | Dean Larry Hellman<br>Oklahoma City University | Expected to testify as to his knowledge of the facts and circumstances surrounding the allegations in the Complaint |
|----|---|---|
| 27 | Daniel Morgan<br>Oklahoma City University | Expected to testify as to his knowledge of the facts and circumstances surrounding the allegations in the Complaint |
| 28 | Judith Willough<br>Oklahoma City University<br>School of Law | Expected to testify about her knowledge of the facts and circumstances surrounding the events set forth in Plaintiff's Complaint and her knowledge of Plaintiff's grievance |
| 29 | Hossein Shafa<br>Oklahoma City University<br>School of Law | Expected to testify about his knowledge of the facts and circumstances surrounding the events set forth in Plaintiff's Complaint and his knowledge of Plaintiff's grievance |
| 30 | Michael Gibson<br>Oklahoma City University | Expected to testify about his knowledge of the facts and circumstances set forth in Plaintiff's Complaint |
| 31 | Russel Von Creel<br>Oklahoma City University | Expected to testify about his knowledge of the facts and circumstances surrounding the events set forth in Plaintiff's Complaint and his knowledge of Plaintiff's grievance |
| 32 | Richard Coulson<br>Oklahoma City University | Expected to testify about his knowledge of the facts and circumstances set forth in Plaintiff's Complaint and his perception of the treatment of women |
| 33 | Maribob Lee<br>Oklahoma City University | Expected to testify about her knowledge of the facts and circumstances set forth in Plaintiff's Complaint and her perception of the treatment of women |
| 34 | Chris McClain<br>Oklahoma City University | Expected to testify about his knowledge of the facts and circumstances set forth in Plaintiff's Complaint |
| 35 | Mike Grynberg<br>Oklahoma City University | Expected to testify about his knowledge of the facts and circumstances set forth in Plaintiff's Complaint |
| 36 | Vickey McDougal<br>Oklahoma City University | Expected to testify about her knowledge of the facts and circumstances set forth in Plaintiff's Complaint and her perception of the treatment of women |

| 37 | Nancy Kinderdine<br>Oklahoma City University | Expected to testify about her knowledge of the facts and circumstances set forth in Plaintiff's Complaint |
|----|---|---|
| 38 | Charlie Cantrell<br>Oklahoma City University | Expected to testify about his knowledge of the facts and circumstances set forth in Plaintiff's Complaint |
| 39 | Jean Giles<br>Oklahoma City University | Expected to testify about her knowledge of the facts and circumstances set forth in Plaintiff's Complaint |
| 40 | Emma Rolls<br>Oklahoma City University | Expected to testify about her knowledge of the facts and circumstances set forth in Plaintiff's Complaint |
| 41 | Heidi Puckett<br>Oklahoma City University | Expected to testify about her knowledge of the facts and circumstances set forth in Plaintiff's Complaint |
| 42 | Sylvia Kangara<br>California | Expected to testify about her knowledge of the facts and circumstances set forth in Plaintiff's Complaint |
| 43 | Michael Mitchelson<br>Oklahoma City University | Expected to testify about his knowledge of the facts and circumstances set forth in Plaintiff's Complaint |
| 44 | Any and all individuals with knowledge relating to the facts and circumstances surrounding Plaintiff's claims or Defendants' defenses, not otherwise objected to by Defendants. | |
| 45 | Any additional witnesses to be identified pursuant to the deadlines set forth in the Court's Scheduling Order. | |
| 46 | Any additional witnesses identified through discovery. | |

                s/Woodrow K. Glass
                Stanley M. Ward, OBA#9351
                Woodrow K. Glass, OBA#15690
                Scott F. Brockman, OBA#19416

>Scott K. Thomas, OBA # 21842
>Zachary K. Bradt, OBA #22073
>WARD & GLASS, L.L.P.
>1821 East Imhoff, Suite 102
>Norman, Oklahoma   73071
>405-360-9700   Telephone
>405-360-7902   Facsimile
>ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2009, a true and correct copy of the above and foregoing was electronically transmitted to the Clerk of the Court using ECF System for filing and transmittal of a Notice of Electronic Filing was electronically sent to the following counsel of record:

Leonard Court
Courtney K. Warmington
Crowe & Dunlevy
20 N. Broadway, Suite 1800
Oklahoma City, OK   73102
405-235-7700 Telephone
405-239-6651 Facsimile
ATTORNEYS FOR DEFENDANTS

>s/Woodrow K. Glass