# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| DANNE L. JOHNSON, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-08-1318-HE |
| | ) |
| OKLAHOMA CITY UNIVERSITY & | ) |
| LAWRENCE K. HELLMAN, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' EXHIBIT LIST

| No. | Title | Bates-Number | Will Use | May Use |
| --- | --- | --- | --- | --- |
| 1 | April 16, 2008 Grievance with October 2007 memo to J. William Conger attached | D Johnson 00422-00457 | X | |
| 2 | Plaintiff's Interrogatory Answers | | X | |
| 3 | Plaintiff's Supplementary Interrogatory Answers | | X | |
| 4 | Memo from Liz Hedrick to Patricia Hatamyar and Plaintiff acknowledging grievance 4/25/08 | D Johnson 00395 | | X |
| 5 | Emails between Patricia Hatamyar and Bernie Patterson re: status of grievance 4/29/08 and 4/30/08 | D Johnson 00475-00476 | | X |
| 6 | Memo from Patricia Hatamyar and Plaintiff to Liz Hedrick re: grievance 5/1/2008 | D Johnson 00392-00394 | | X |
| 7 | Email from Bernie Patterson to Patricia Hatamyar and Plaintiff with Protocol attached 5/5/2008 | D Johnson 00477-00486 | X | |
| 8 | Memo from Patricia Hatamyar and Plaintiff to Bernie Patterson re: Protocol | D Johnson 00497 | | X |
| 9 | Letter to Von Creel re: appointment to grievance panel 6/17/08 | OCU-Johnson 12840-12841 | | X |

| | | | | |
|---|---|---|---|---|
| 10 | Letter to Plaintiff from Liz Hedrick re: panel members 6/18/08 | D Johnson 00396 | | X |
| 11 | Email from Patricia Hatamyar to Bernie Patterson, Susan Barber, Liz Hedrick, Tom McDaniel, Lawrence Hellman, and Danne Johnson re: notifying male faculty of grievance 6/22/08 | OCU-Johnson 13965 | X | |
| 12 | Email from Bernie Patterson to PH and Plaintiff re: notifying male faculty of grievance 6/23/08 | OCU-Johnson 13964 | X | |
| 13 | Memo to Patricia Hatamyar and Plaintiff from Liz Hedrick re: withdrawal of grievance 6/24/08 | D Johnson 00397 | | X |
| 14 | Emails between Plaintiff and Marc Blitz re: 2006 Constitution Day 6/29/06 – 6/30/06 | D Johnson 00500-00513 | X | |
| 15 | Email from Patricia Hatamyar to Plaintiff and Carla Spivack re: Review of Marc Blitz 9/27/07 | D Johnson 00311 | X | |
| 16 | Email from Patricia Hatamyar to Andrew Spiropolous, Charles Cantrell, Lawrence Hellman and Bill Conger re: Review of Marc Blitz 10/11/07 | OCU-Johnson 14702 | X | |
| 17 | Emails between Plaintiff and Gayle Barrett re: Marc Blitz 2/19/08 and 2/28/08 and emails regarding same between Gayle Barrett and J. William Conger 2/28/08 | OCU-Johnson 02003-02005 | | X |
| 18 | Emails between Paula Dalley and Plaintiff and Patricia Hatamyar and Plaintiff re: Marc Blitz | D Johnson 00375-00376 | X | |
| 19 | Dr. Skarkey Notes dated 6/18/08 | Johnson – Dr. Skarky 015 | X | |

| | | | | X |
|---|---|---|---|---|
| 20 | Email from J. William Conger to Patricia Hatamyar, Plaintiff, Paula Dalley, Vicki MacDougall, Carla Spivak, Deborah Fathree and Gina Rowsam re: Women in Law Panel 9/24/07 and response of Patricia Hatamyar thereto | D Johnson 00100-00101 | | X |
| 21 | Emails between Patricia Hatamyar, Plaintiff, Paula Dalley, and Carla Spivak re: Women in Law panel 9/24/07 | D Johnson 00149-00152 | | X |
| 22 | Email from J. William Conger to law faculty re: internal investigation with letter attached 2/19/08; and emails between Plaintiff, Carla Spivak, Patricia Hatamyar and Paula Dalley re: same | D Johnson 00368-00370 | X | |
| 23 | Email from Plaintiff to J. William Conger and Gayle Barrett re: letter to faculty 2/20/2008; email from J. William Conger to Plaintiff re: same | D Johnson 00361-00362 | | X |
| 24 | Whistleblower policy | D Johnson 00499-00500 | X | |
| 25 | Email from Plaintiff to Marc Blitz, Dennis Arrow, Charles Cantrell, Michael O'Shea and Andrew Spiropolous re: 2007 Constitution Day Panel 9/17/07; Email from Plaintiff to Lawrence Hellman and Eric Laity re: same | OCU-Johnson 11603-11604 | X | |
| 26 | Emails between Carla Spivak, Plaintiff, Marc Blitz, Dennis Arrow, Charles Cantrell, Michael O'Shea, Andrew Spiropolous, and Paula Dalley re: 2007 Constitution Day Panel and suggestions for future panel events 9/17/09 | D Johnson 00324-00325 | X | |
| 27 | Additional email from Marc Blitz to Plaintiff re: panels 9/18/09 | D Johnson 00326-00327 | X | |

| | | | | |
|---|---|---|---|---|
| 28 | Emails between Andrea Painter, Paula Dalley, Deborah Fathree, Plaintiff, Carla Spivak, Gina Rowsam and Patricia Hatamyar re: Domestic Violence program 10/11/2007 - 10/15/2007 | D Johnson 00269-00272 | X | |
| 29 | Email from Paula Dalley to Carla Spivak, Plaintiff and Patricia Hatamyar re: letter drafted for Lawrence Hellman 9/18/2007 | D Johnson 00306 | | X |
| 30 | Proposed email to faculty re: gender issues | D Johnson 00332 | | X |
| 31 | Standard & Procedures for Retention, Promotion, and Tenure | D Johnson 00170-00199 | X | |
| 32 | Standards & Procedures for Retention, Promotion, and Tenure [The Appendix Document of The School of Law] | D Johnson 00200-00250 | X | |
| 33 | Memo from Eric Laity and Art LeFrancois re: Plaintiff deferring promotion 12/16/05 | OCU-Johnson 02074 | X | |
| 34 | Email from Plaintiff to Patricia Hatamyar re: faculty lounge proposal 3/27/06; Email from Patricia Hatamyar to Lawrence Hellman re: same 3/27/06 | OCU-Johnson 06645-06646 | X | |
| 35 | Email from Lawrence Hellman to Plaintiff re: recommendation for promotion and Plaintiff's response thereto 2/6/2007 | OCU-Johnson 15620 | X | |
| 36 | Email from Lawrence Hellman to law faculty announcing Plaintiff's promotion 4/26/07 | OCU-Johnson 11454 | | X |
| 37 | Memo from Michael Gibson and Art LeFrancois to Thomas Odom re: Promotion and Tenure Board 11/18/02 | OCU-Johnson 13729 | X | |
| 38 | Memo from Michael Gibson & Art LeFrancois to Promotion and Tenure Board re: Thomas Odom 1/31/03 | OCU-Johnson 13725 | X | |
| 39 | Faculty publications through January 21, 2009 | OCU-Johnson 13396-13444 | X | |

| | | | | |
|---|---|---|---|---|
| 40 | 11/11/04 Memo from Norwood Beveridge and Von Creel to Promotion and Tenure Board re: Plaintiff | OCU-Johnson 02078-02082 | | X |
| 41 | Email from Plaintiff to Lawrence Hellman re: Don Imus and the law school experience 4/11/07; Lawrence Hellman's response thereto 4/22/07 | OCU-Johnson 15645-15646 | X | |
| 42 | 2004 faculty evaluations by Patricia Hatamyar | OCU-Johnson 13379-13381 | X | |
| 43 | 2005 faculty evaluations by Patricia Hatamyar | OCU-Johnson 11694-11695 | X | |
| 44 | 2006 Faculty evaluations by Patricia Hatamyar | OCU-Johnson 11691-11693 | X | |
| 45 | Plaintiff 2007 questionnaire | OCU-Johnson 13961-13963 | X | |
| 46 | Emails between Plaintiff and Lawrence Hellman re: 2009 evaluation 4/21/2009 – 4/28/2009 | OCU-Johnson 13950-13951 | X | |
| 47 | Emails between Plaintiff and Eric Laity re: request to change performance evaluation 5/9/2009 – 5/12/2009 | Bates-number to be provided | X | |
| 48 | Emails between Plaintiff and Eric Laity re: attending graduation 12/3/2008 – 12/4/2008 | OCU-Johnson 15760-15761 | | X |
| 49 | Emails between Carla Spivack, Plaintiff, Patricia Hatamyar and Paula Dalley re: faculty meeting agenda item 9/24/2007 | D Johnson 00087-00088 | | X |
| 50 | Email from Patricia Hatamyar to Plaintiff, Paula Dalley and Carla Spivack re: meeting with Larry Hellman on agenda item 10/2/2007 | D Johnson 00342 | X | |
| 51 | Email from Patricia Hatamyar to Lawrence Hellman re: agenda item 10/3/07 | OCU-Johnson 14696 | | X |
| 52 | October 5, 2007 faculty meeting agenda | OCU-Johnson 00525 | X | |

| | | | | |
|---|---|---|---|---|
| 53 | October 5, 2007 faculty meeting minutes | OCU-Johnson 11668-11670 | X | |
| 54 | Email from J. William Conger to Patricia Hatamyar, Paula Dalley, Carla Spivak and Plaintiff re: independent investigation 10/5/2007; Email responses between Patricia Hatamyar, Paula Dalley, Carla Spivak and Plaintiff re: same | D Johnson 00142-00144 | X | |
| 55 | Email from Alvin Harrell to Lawrence Hellman, Eric Laity and Law Faculty re: Resolution about tobacco ban 5/1/2008; email response from Patricia Hatamyar re: same | OCU-Johnson 14743 | | X |
| 56 | Email from Patricia Hatamyar to law faculty and law administrative council members re: violations of faculty meeting rules 5/5/2008 | OCU-Johnson 14744 | | X |
| 57 | Email from Patricia Hatamyar to Norwood Beveridge, Richard Coulson and Lawrence Hellman re: Michael O'Shea 10/9/2007 | OCU-Johnson 11654 | | X |
| 58 | Email from Patricia Hatamyar to Lawrence Hellman, Bill Conger, Deborah Fathree, Andrew Spiropolous and Michael O'Shea re: Federalist Society Speaker 3/8/2008 and responses thereto | OCU-Johnson 14734-14737 | X | |
| 59 | Email from Plaintiff to Lawrence Hellman and Eric Laity re: upcoming Federalist society event 3/8/2008 | OCU-Johnson 15699 | X | |
| 60 | Email from Andrew Spiropolous to Lawrence Hellman and Bill Conger re: Federalist society speaker 3/8/2008 | OCU-Johnson 11643-11646 | | X |
| 61 | Emails between J. William Conger, Paula Dalley, Plaintiff, Carla Spivak, and Patricia Hatamyar re: meeting to discuss women in the law panel 9/25/07 | D Johnson 00137-00138 | | X |

| | | | | |
|---|---|---|---|---|
| 62 | Email from Patricia Hatamyar to Lawrence Hellman re: meeting with J. William Conger 10-3-2007 | OCU-Johnson 14695 | X | |
| 63 | Email from J. William Conger to Patricia Hatamyar, Paula Dalley, Carla Spivak, and Plaintiff re: independent investigation 10/5/07 | D Johnson 00334 | X | |
| 64 | Emails between Carla Spivak, Paula Dalley, Patricia Hatamyar and Plaintiff re: list of grievances for investigation 10/5/07 | D Johnson 00089-00090 | | X |
| 65 | Additional emails between Carla Spivak, Paula Dalley, Patricia Hatamyar and Plaintiff re: completion of list of grievances for investigation 10/5/07 | D Johnson 00102-00103 | | X |
| 66 | Emails between Patricia Hatamyar and Plaintiff re: changes to October 10th memo 10/9/07 | D Johnson 00105 | X | |
| 67 | Committee assignments for Plaintiff, Marc Blitz, Carla Spivack 2003-2009 | OCU-Johnson 13971 | | X |
| 68 | 2009-2010 Faculty Committees | OCU-Johnson 16376-16378 | | X |
| 69 | Emails between Plaintiff and Lawrence Hellman re: Law Technology Committee 9/22/2004 – 9/23/2004 | OCU-Johnson 15395-15396 | | X |
| 70 | Emails between Plaintiff and Lawrence Hellman re: Plaintiff's selection for the Executive Committee of American Associates of Law School Women's Section 12/1/2006 – 1/23/2007 | OCU-Johnson 15615-15616 | | X |
| 71 | Emails between Plaintiff and Lawrence Hellman re: publicizing Plaintiff's position on the Executive Committee of American Associates of Law School Women's Section 4/5/2008 | OCU-Johnson 15706-15708 | | X |
| 72 | Emails between Deborah Fathree and Plaintiff re: Plaintiff not mentoring 7/16/08 | OCU-Johnson 15728-15730 | | X |

| | | | | |
|---|---|---|---|---|
| 73 | Emails between Plaintiff and Lawrence Hellman re: photo of female faculty 8/21/05 | OCU-Johnson 15470-15471 | X | |
| 74 | Emails between Plaintiff and Lawrence Hellman re: Law School Diversity Advisory Board 1/24/06 | OCU-Johnson 15511 | | X |
| 75 | Email from Plaintiff to Tamara Martinez – Anderson, Jean Giles, Daniel Morgan, Peter Dillon, Charles Cantrell and Lawrence Hellman re: women in law schools 8/8/07 and responses thereto | OCU-Johnson 15631-15634 | X | |
| 76 | Email from Tamara Martinez-Anderson to Jean Giles, Daniel Morgan, Peter Dillon, Charles Cantrell, Lawrence Hellman, Plaintiff and Heidi Puckett re: admissions update and Plaintiff's response thereto 6/25/07 – 6/26/07 | OCU-Johnson 15666-15668 | | X |
| 77 | Email from Plaintiff to Lawrence Hellman and Eric Laity re: Diversity calendar 11/7/07 and response thereto | OCU-Johnson 15684 | | X |
| 78 | Plaintiff's 2003- 2006 W-2's | D Johnson 00015-00017 | | X |
| 79 | October 27, 2005 Memo from Lawrence Hellman to Full-Time Faculty re: Full Professor Salary Information | D Johnson 00052 | | X |
| 80 | October 5, 2006 Memo from Lawrence Hellman to Law School Tenure and Tenure-Track Faculty re: Faculty Salary Resolution | D Johnson 00053 | | X |
| 81 | Emails between Plaintiff and Lawrence Hellman re: Plaintiff's salary 10/27/05 and 12/12/2005 | OCU-Johnson 15494 | | X |
| 82 | OCU Form 990's and attached schedules from 1993-2007 | D Johnson 00021-00049 | | X |

| 83 | Email from Plaintiff requesting to use Lawrence Hellman a reference for adoption 12/30/06 and response thereto | OCU-Johnson 15599 | | X |
|---|---|---|---|---|
| 84 | Recommendation for Incentive Pay for appointments committee 3/9/05 | OCU-Johnson 11526 | X | |
| 85 | Email from Plaintiff to Lawrence Hellman thanking him for bonus | OCU-Johnson 15444 | X | |
| 86 | Recommendation for Incentive Pay for work on recruitment of minority faculty 6/9/05 | OCU-Johnson 11528 | X | |
| 87 | Recommendation for Incentive Pay for teaching and mentoring 7/14/05 | OCU-Johnson 11527 | X | |
| 88 | Email from Plaintiff to Lawrence Hellman thanking him for bonus 8/11/05 | OCU-Johnson 15467 | X | |
| 89 | Chart of Faculty Grants 1986-2008 | OCU-Johnson 13373 | X | |
| 90 | Email from Eric Laity to Lawrence Hellman with cc: to Plaintiff re: Plaintiff's next summer research grant and response thereto 4/30/09 – 5/1/09 | Bates-number to be provided | X | |
| 91 | Letter from Lawrence Hellman to Plaintiff re: 2008 Summer Research Grant | OCU-Johnson 11437 | | X |
| 92 | Emails between Pam Ray and Lawrence Hellman re: faculty research assistants 12/22/08 – 1/9/09 | OCU-Johnson 13497-13499 | X | |
| 93 | Travel report re: Plaintiff | OCU-Johnson 16367 | | X |
| 94 | Travel reports faculty 2003-2009 | OCU-Johnson 16368-16373 | X | |
| 95 | Email from Plaintiff to Lawrence Hellman requesting a light load for Spring 2006 4/6/05 and responses thereto | OCU-Johnson 15441 & 15445 | X | |

| | | | | |
|---|---|---|---|---|
| 96 | Email from Plaintiff to Lawrence Hellman re: thanking him for supporting the women's tea 3/25/06 | OCU-Johnson 15535 | | X |
| 97 | Letter from Robert Haupt to Steven L. Barghols re: mediation 6/2/2008 | Bates-number to be provided | X | |
| 98 | Emails between Plaintiff and Deborah Fathree, Lawrence Hellman, Eric Laity and Emma Rolls re: Barrister's Ball 3/7/08 – 3/31/08 | OCU-Johnson 15703-15705 | X | |
| 99 | Email from Lawrence Hellman to Eric Laity and Deborah Fathree re: Barristers Ball 3/7/08 | Bates-number to be provided | X | |
| 100 | Email from J. William Conger to Plaintiff, Patricia Hatamyar, Paula Dalley and Carla Spivak re: investigation status 3/16/08 | D Johnson 00355 | X | |
| 101 | Email from J. William Conger to Plaintiff, Paula Dalley and Carla Spivak re: investigation 3/26/08 | D Johnson 00354 | | X |
| 102 | Emails between Carla Spivack, Plaintiff, and Paula Dalley re: meeting with J. William Conger 4/1/2008 | D Johnson 00167-00168 | | X |
| 103 | Emails between Plaintiff and Paula Dalley and Carla Spivak re: meeting with J. William Conger and then forwarded by Plaintiff to Patricia Hatamyar 4/2/2008 | D Johnson 00156-00159 | X | |
| 104 | Email from Plaintiff to Lawrence Hellman re: Plaintiff being hit on butt by staff member 5/7/04 and Lawrence Hellman's response thereto | OCU-Johnson 15358-15359 | | X |
| 105 | EEOC Charge of Discrimination 7/10/08 | OCU-Johnson 12822 | X | |
| 106 | Amendment to Charge of Discrimination 7/21/08 | OCU-Johnson 12832 | X | |
| 107 | Notice of Right to Sue 7/23/09 | OCU-Johnson 12830 | X | |

| | | | | |
|---|---|---|---|---|
| 108 | Notice of Right to Sue 9/4/08 | OCU-Johnson 12827 | X | |
| 109 | Medical records from Dr. Skarky | Johnson – Dr. Skarky 002-014 | X | |
| 110 | Email from Plaintiff to Lawrence Hellman and Paula Dalley re: Deborah Fathree 5/16/08 and response thereto | OCU-Johnson 15718-15720 | | X |
| 111 | Email from Plaintiff to Lawrence Hellman and Paula Dalley re: suggestion of getting input for Deborah Fathree's evaluation and responses thereto | OCU-Johnson 15722-15723 | | X |
| 112 | FMLA request of Plaintiff 3/3/09 | OCU-Johnson 14814 | | X |
| 113 | Memo from Bernie Patterson and Liz Hedrick to Plaintiff granting FMLA 3/11/09 | OCU-Johnson 12815 | | X |
| 114 | Emails between Plaintiff and Bernie Patterson re: Plaintiff's decision to defer application for promotion 9/2/09 - 9/14/09 | OCU-Johnson 12905 | | X |
| 115 | Email from Stuart Hene to Andrew Spiropolous and Michael O'Shea re: federalist society | Bates number to be provided | X | |
| 116 | 6/19/07 Memorandum withdrawing grievance | Bates number to be provided | X | |
| 117 | Date rape drug flyer | OCU-Johnson 02198 | | X |
| 118 | Date rape drug card | OCU-Johnson 02197 | | X |
| 119 | Email from Marc Blitz to Lawrence Hellman re: additional comments about Constitution Day and panel organizing | OCU-Johnson 11625-11626 | | X |
| 120 | Rules for faculty meetings | OCU-Johnson 11677-11681 | | X |
| 121 | Diversity calendar | Bates number to | | X |

| | | be provided | | |
|---|---|---|---|---|
| 122 | Chart of Committee Appointments | OCU-Johnson 05271-05273 | | X |
| 123 | Chart of Women on Panels or Speakers at Luncheons, Etc. | OCU-Johnson 02320-02324 | | X |
| 124 | Backup documentation for Chart of Women on Panels or Speakers at Luncheons, Etc. | OCU-Johnson 02318, 02340-02479, 02481 | | X |
| 125 | Summary of Grades for Professor Bob Ravitz | OCU-Johnson 05304-05309 | | X |
| 126 | Backup documentation for Summary of Grades for Professor Bob Ravitz | OCU-Johnson 02308-02317 | | X |
| 127 | Chart of Course Assignments | OCU-Johnson 00021-00024 | | X |
| 128 | Backup documents for Chart of Course Assignments | OCU-Johnson 02949-03026 | | X |
| 129 | Memo from Lawrence Hellman to Peter Dillon 3/30/09 | OCU-Johnson 06989-06911 | | X |
| 130 | Memo from Lawrence Hellman to Charles Cantrell 5/13/08 | OCU-Johnson 06980 | | X |
| 131 | Memo from Lawrence Hellman to Charles Cantrell 8/29/08 | OCU-Johnson 06977-06979 | | X |
| 132 | Salary chart of Vicki MacDougall and Art LeFrancois 1978-2008 | OCU-Johnson 00152 | X | |
| 133 | Salary chart of Patricia Hatamyar, Barry Johnson and Andrew Spiropolous 1994-2008 | OCU-Johnson 00155 | X | |
| 134 | Salary chart of Bernard, Harrell, LeFrancois, MacDougall, Blitz, Johnson, Oldfather, Long, Spivak 1994-2008 | OCU-Johnson 00154 | X | |
| 135 | 2/3/03 Letter from Bernie Patterson and Tom McDaniel to Plaintiff | OCU-Johnson 11555-11556 | | X |

| | | | | |
|---|---|---|---|---|
| 136 | University Faculty Handbook Policy 7.83 Sexual, Unlawful Discrimination | OCU-Johnson 00144 - 00147 | X | |
| 137 | Faculty & Administration List of Names and Initial Year of Service | OCU-Johnson 00138-00140 | | X |
| 138 | Art LeFrancois Contract Dates & Titles | OCU-Johnson 00156 | X | |
| 139 | Vicki MacDougall Contract Dates & Titles | OCU-Johnson 00157 | X | |
| 140 | Merit Salary Administration Plan Adopted May 4, 2001 | OCU-Johnson 00166 | | X |
| 141 | Self-Study of Marc Blitz 3/1/08 | OCU-Johnson 02056-02062 | X | |
| 142 | 1/31/08 Memo from Andrew Spiropolous and Charles Cantrell to Promotion and Tenure Board re: promotion of Marc Blitz | OCU-Johnson 00527-00529 | X | |
| 143 | Certification of Action by Promotion and Tenure Board re: Marc Blitz with attached report | OCU-Johnson 02052-02055 | X | |
| 144 | Emails between Eric Laity and Lawrence Hellman, Plaintiff, Carla Spivak and Deborah Fathree re: action about date rape drugs with class announcement attached | OCU-Johnson 02110-02113, 02115-02117 | | X |
| 145 | Documents related to Inasmuch Foundation Grant | OCU-Johnson 02120-02139 | | X |
| 146 | Memos from Eric Laity to Richard Coulthard and personnel file | OCU-Johnson 02496-2505 | | X |
| 147 | 12/7/07 Memo from Marc Blitz to Andrew Spiropolous and Charles Cantrell re: attention to diversity in panels and symposia that I have planned | OCU-Johnson 02523-02530 | X | |
| 148 | Constitution Day Agenda 9/18/06 | OCU-Johnson 02576 | X | |
| 149 | OCU Law Magazine Special Edition on Women of Law Fall/Winter 2006 | OCU-Johnson 09085-09132 | X | |

| | | | | |
|---|---|---|---|---|
| 150 | Nondiscrimination Policy | OCU-Johnson 03556 | X | |
| 151 | Faculty Handbook | OCU-Johnson 03557-03648 | X | |
| 152 | Plaintiff's 09-10 Contract | OCU-Johnson 12968 | | X |
| 153 | Plaintiff's 08-09 Contract | OCU-Johnson 12969 | | X |
| 154 | Plaintiff's 07-08 Contract | OCU-Johnson 12970 | | X |
| 155 | Plaintiff's 06-07 Contract | OCU-Johnson 12971 | | X |
| 156 | Plaintiff's 05-06 Contract | OCU-Johnson 12972 | | X |
| 157 | Plaintiff's 04-05 Contract | OCU-Johnson 12973 | | X |
| 158 | Plaintiff's 03-04 Contract | OCU-Johnson 12975 | | X |
| 159 | Memo to file from Norwood Beveridge re: Judson Temple 12/8/00 | OCU-Johnson 08255-08257 | | X |
| 160 | Letter to Judson Temple from William Malloy 12/12/00 | OCU-Johnson 08245-08247 | | X |
| 161 | Memo to file from Rennard Strickland re: Judson Temple 9/9/96 | OCU-Johnson 08239 | | X |
| 162 | Memo from Lawrence Hellman to Judson Temple 6/4/99 | OCU-Johnson 08259 | | X |

        Respectfully Submitted

        s/ Courtney K. Warmington
        Leonard Court, OBA #1948
        Courtney K. Warmington, OBA #18486
        Daniel P. Johnson, OBA #20742

        -Of the Firm-

        CROWE & DUNLEVY
        A Professional Corporation
        20 North Broadway
        Suite 1800
        Oklahoma City, OK 73102-8273
        (405) 235-7700
        (405) 239-6651 (Facsimile)
        leonard.court@crowedunlevy.com
        courtney.warmington@crowedunlevy.com
        daniel.johnson@crowedunlevy.com

        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2009, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing. The Court Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

Stanley M. Ward
Woodrow K. Glass
Scott F. Brockman
Scott K. Thomas
Zack K. Bradt
Ward & Glass, LLP
1821 N. Imhoff Road, Suite 102
Norman, Oklahoma 73071
(405) 360-9700
(405) 360-7902 FAX

        s/ Courtney K. Warmington

1953864.01.WARMINGC