## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| DANNE L. JOHNSON, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. CIV-08-1318-HE |
|  | ) |  |
| OKLAHOMA CITY UNIVERSITY & | ) |  |
| LAWRENCE K. HELLMAN, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## DEFENDANTS' FINAL WITNESS LIST

Defendants Oklahoma City University and Lawrence K. Hellman (collectively "Defendants"), designate the following as their list of potential witnesses in the above-referenced matter. Because discovery is ongoing, Defendants reserve the right to supplement their witness list as additional witnesses become known.

| No. | Name | Anticipated Testimony | Will Call | May Call |
|---|---|---|---|---|
| 1. | Dennis Arrow<br>2501 N. Blackwelder<br>OKC, OK 73106 | Professor Arrow may testify regarding his personal knowledge regarding the drafting of OCU's protocol for processing faculty grievances, and any other matter within his personal knowledge. May also testify regarding his professional qualifications. | X |  |
| 2. | Norwood Beveridge<br>2501 N. Blackwelder<br>OKC, OK 73106 | Professor Beveridge may testify regarding his service on Professor O'Shea's Retention and Promotion Review Committee, his inquiry regarding Professor O'Shea's alleged "smirking" during a faculty meeting, and any other matter within his personal knowledge. May also testify |  | X |

| | | regarding his professional qualifications. | | |
|---|---|---|---|---|
| 3. | Marc Blitz<br>2501 N. Blackwelder<br>OKC, OK 73106 | Professor Blitz may testify regarding the facts and circumstances related to the planning and coordination of Constitution Day 2006 and Constitution Day 2007, and his qualifications for promotion. Professor Blitz may also testify regarding any other matter within his personal knowledge. May also testify regarding his professional qualifications. | X | |
| 4. | Charles Cantrell<br>2501 N. Blackwelder<br>OKC, OK 73106 | Professor Cantrell may testify regarding his personal knowledge of the events at the dinner at Dean Hellman's house. He may also testify regarding his service on Professor Blitz's Retention and Promotion committee including his understanding of the criteria for promotion. May also testify regarding any other matter within his personal knowledge. May also testify regarding his professional qualifications, as well as his service on Professor Blitz's Promotion and Retention Committee with Professor Spriopolous. | X | |
| 5. | J. William Conger<br>c/o Crowe & Dunlevy | Mr. Conger may testify regarding his personal knowledge of the facts and circumstance related to the allegations in the plaintiff's Complaint. | X | |
| 6. | Von Russell Creel<br>2501 N. Blackwelder<br>OKC, OK 73106 | Professor Creel may testify regarding his personal knowledge of his selection for and service on the grievance | X | |

| | | | | |
|---|---|---|---|---|
| | | panel regarding complaint filed by Plaintiff. May also testify regarding any other matter within his personal knowledge. May also testify regarding his professional qualifications. | | |
| 7. | Paula J. Dalley<br>2501 N. Blackwelder<br>OKC, OK 73106 | Professor Dalley may testify regarding her personal knowledge of the facts and circumstance related to the claims and defenses in this case, including the submission of the Confidential Memorandum and the Grievance. May also testify regarding any other matter within her personal knowledge. May also testify regarding her professional qualifications. | X | |
| 8. | Danne Johnson<br>c/o Ward & Glass | Deposition in progress. | X | |
| 9. | Peter Dillon<br>2501 N. Blackwelder<br>OKC, OK 73106 | Professor Dillon may testify regarding his personal knowledge of the facts and circumstance related to the dinner party at Dean Hellman's house. May also testify regarding any other matter within his personal knowledge. May also testify regarding his professional qualifications. | X | |
| 10. | Alvin Harrell<br>2501 N. Blackwelder<br>OKC, OK 73106 | Professor Harrell may testify regarding his personal knowledge of the facts and circumstance related to the qualifications for promotion and retention, the dinner at Dean Hellman's home, and his understanding of the criteria for determining faculty salaries. May also testify | | X |

|     |     |     |     |     |
| --- | --- | --- | --- | --- |
|     |     | regarding any other matter within his personal knowledge. May also testify regarding his professional qualifications. |     |     |
| 11. | Eric Laity<br>c/o Crowe & Dunlevy | Dean Laity may testify regarding his personal knowledge of the facts and circumstance related to the allegations in the plaintiff's Complaint. May also testify regarding his professional qualifications, as well as OCU's anti-date rape measures and the plaintiff's decision to defer her promotion by one year. | X |     |
| 12. | Arthur LeFrancois<br>2501 N. Blackwelder<br>OKC, OK 73106 | Professor LeFrancois may testify regarding his personal knowledge of the facts and circumstance related to Professor Johnson's deferral of her promotion, mentoring of other professors, and his understanding of the criteria used for determining faculty salaries.  Professor LeFrancois may also testify regarding any other matter within his personal knowledge. May also testify regarding his professional qualifications, as well conversations with Patricia Hatamyar related to issues of race and her daughter's rejection from the Classen School of Advanced Studies. |     | X |
| 13. | Vicki MacDougall<br>2501 N. Blackwelder<br>OKC, OK 73106 | Professor MacDougall may testify regarding her personal knowledge of the facts and circumstance related to dinner at Dean Hellman's house. May also testify regarding her | X |     |

4

|  |  | professional qualifications. |  |  |
|---|---|---|---|---|
| 14. | Bernie Patterson c/o Crowe & Dunlevy | Dr. Patterson may testify regarding the facts and circumstances regarding the mediation, the processing of the grievance, the drafting of the protocol, and any other matters within his personal knowledge.  May also testify regarding his professional qualifications. |  | X |
| 15. | Andrew Spiropolous 2501 N. Blackwelder OKC, OK 73106 | Mr. Spiropolous may testify regarding his personal knowledge of the facts and circumstance related to the allegations in the plaintiff's Complaint, including (but not limited to) the Federalist Society's invitation to Judge Dierker, the faculty meeting in October 2007.  May also testify regarding any other matter within his personal knowledge. May also testify regarding his professional qualifications, as well as his service on Professor Blitz's Promotion and Retention Committee with Professor Cantrell. | X |  |
| 16. | Deborah Felice (Fathree) c/o Crowe & Dunlevy | Dean Felice may testify regarding her personal knowledge of the facts and circumstance related to the allegations in the plaintiff's Complaint, including OCU's anti-date rape measures.  May also testify regarding any other matter within her personal knowledge. May also testify regarding her professional qualifications. | X |  |

| | | | | |
|---|---|---|---|---|
| 17. | Liz Hedrick<br>c/o Crowe & Dunlevy | Ms. Hedrick may testify regarding her personal knowledge of the facts and circumstance related to the allegations in the plaintiff's Complaint, including the processing of the plaintiff's Grievance, the drafting of the Protocol, and the plaintiff's withdrawal of the Grievance. May also testify regarding any other matter within her personal knowledge, including, but not limited to, the facts and circumstances related to the mediation between OCU and the plaintiff. May also testify regarding her professional qualifications. | X | |
| 18. | Susan Barber<br>c/o Crowe & Dunlevy | Ms. Barber may testify regarding the facts and circumstances related to the mediation between OCU and the plaintiff. May also testify regarding her professional qualifications, and any other matter within her personal knowledge. | | X |
| 19. | Karen Eby<br>2501 N. Blackwelder<br>OKC, OK 73106 | Professor Eby may testify regarding the legal research and writing program at OCU. May also testify regarding her professional qualifications, and any other matter within her personal knowledge. | | X |
| 20. | Greg Eddington<br>2501 N. Blackwelder<br>OKC, OK 73106 | Professor Eddington may testify regarding the legal research and writing program at OCU. May also testify regarding his professional qualifications, and any other matter within his personal knowledge. | | X |

6

| 21. | Steve Barghols, Esq. One Leadership Square, 15th Floor 211 N. Robinson OKC, OK 73102 | Mr. Barghols may testify regarding the facts and circumstances related to the mediation between OCU and the plaintiff. May also testify regarding his professional qualifications, and any other matter within his personal knowledge. | | X |
| --- | --- | --- | --- | --- |
| 22. | Terry Phelps 2501 N. Blackwelder OKC, OK 73106 | Professor Phelps may testify regarding his service on the faculty grievance panel. May also testify regarding his professional qualifications, and any other matter within his personal knowledge. | | X |

s/ Daniel P. Johnson
Leonard Court, OBA #1948
Courtney K. Warmington, OBA #18486
Daniel P. Johnson, OBA #20742

-Of the Firm-

CROWE & DUNLEVY
A Professional Corporation
20 North Broadway
Suite 1800
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
leonard.court@crowedunlevy.com
courtney.warmington@crowedunlevy.com
daniel.johnson@crowedunlevy.com

Attorneys for Defendants

CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of November, 2009, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing. The Court Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

Stanley M. Ward
Woodrow K. Glass
Scott F. Brockman
Scott K. Thomas
Zack K. Bradt
Ward & Glass, LLP
1821 N. Imhoff Road, Suite 102
Norman, Oklahoma 73071
(405) 360-9700
(405) 360-7902 FAX

                                          s/ Daniel P. Johnson