IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANNE L. JOHNSON, )<br>)<br>　　　　　Plaintiff, )<br>)<br>vs. )<br>)<br>OKLAHOMA CITY UNIVERSITY, )<br>a non-profit agency; and, )<br>LAWRENCE K. HELLMAN, )<br>Individually, and as Dean of the )<br>Oklahoma City University School of Law, )<br>)<br>　　　　　Defendants. ) | Case No. CIV-08-1318-H |

## PLAINTIFF'S OBJECTION TO DEFENDANTS' FINAL WITNESS LIST

Plaintiff, Danne L. Johnson, objects to Defendants' Final Witness List and states as follows:

1.　　Defendants have identified as a potential witness in this case Steve Barghols, Esquire. Plaintiff objects to Mr. Barghols because he served as a mediator in this matter and therefore any facts and circumstances he has related to this case is privileged and confidential. As the Court is well aware, maintaining the confidentiality of the mediation process, and in particular the mediator, is paramount to encouraging litigants to mediate their differences. Accordingly, Plaintiff objects to Mr. Barghols being identified as a potential witness by the Defendants.

　　　　　　　　　　　　　　　　　　　　s/Woodrow K. Glass
　　　　　　　　　　　　　　　　　　　　Stanley M. Ward, OBA#9351
　　　　　　　　　　　　　　　　　　　　Woodrow K. Glass, OBA#15690
　　　　　　　　　　　　　　　　　　　　Scott F. Brockman, OBA#19416
　　　　　　　　　　　　　　　　　　　　Scott K. Thomas, OBA # 21842

>Zachary K. Bradt, OBA #22073
>WARD & GLASS, L.L.P.
>1821 East Imhoff, Suite 102
>Norman, Oklahoma   73071
>405-360-9700   Telephone
>405-360-7902   Facsimile
>ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of November, 2009, a true and correct copy of the above and foregoing was electronically transmitted to the Clerk of the Court using ECF System for filing and transmittal of a Notice of Electronic Filing was electronically sent to the following counsel of record:

Leonard Court
Courtney K. Warmington
Crowe & Dunlevy
20 N. Broadway, Suite 1800
Oklahoma City, OK   73102
405-235-7700 Telephone
405-239-6651 Facsimile
ATTORNEYS FOR DEFENDANTS

>s/Woodrow K. Glass