**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **DANNE L. JOHNSON,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. CIV-08-1318-HE |
| | ) | |
| **OKLAHOMA CITY UNIVERSITY &,** | ) | Date of Conference |
| **LAWRENCE K. HELLMAN,** | ) | 12/08/09 @ 9:00 a.m. |
| | ) | Statements due by noon 12/03/09 |
|     **Defendants.** | ) | |

**SETTLEMENT CONFERENCE ORDER**

The above-referenced matter has been assigned to the undersigned Magistrate Judge for a settlement conference. The settlement conference is set on **Tuesday, December 8, 2009, at 9:00 a.m.** The settlement conference attendees should report to Room 1021 in the United States Courthouse, 200 N.W. 4th Street, Oklahoma City, Oklahoma. The settlement conference statement and cover sheet are to be submitted to the undersigned no later than **12:00 noon**, **Thursday, December 3, 2009**. The settlement conference statement should not be filed and will not be made part of the case file.

**Strict compliance with LCvR 16.2 is required.** Further, for purposes of this Settlement Conference, full settlement authority as required by LCvR 16.2(c) consists of the presence of your client or clients or, if a corporation or governmental entity, an authorized representative of your client, who is not a lawyer who has entered an appearance in the case.

For a defendant, such representative must have final settlement authority to commit the corporate or governmental entity to pay, in the representative's discretion, a settlement

amount recommended by the settlement judge up to the plaintiff's prayer or up to the plaintiff's last demand, whichever is lower.

For a plaintiff, such representative must have final settlement authority, in the representative's discretion, to authorize dismissal of the case with prejudice, or to accept a settlement amount recommended by the settlement judge down to the defendant's last offer.

All communications made in connection with the settlement conference shall be considered confidential. Unless otherwise permitted under Fed. R. Evid. 408 or any other provision of federal law, communications made in connection with the settlement conference may not be used by any party in the trial of the case.

**Relief from any aspect of this order should be directed to the undersigned. For guidance on how to seek relief from LCvR 16.2 or this order, you may contact the judicial assistant for the undersigned, Ms. Amy Davenport (405-609-5241).**

IT IS SO ORDERED this 23rd day of November, 2009.

_____
DOYLE W. ARGO
UNITED STATES MAGISTRATE JUDGE