### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANNE L. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-08-1318-HE |
| ) | |
| OKLAHOMA CITY UNIVERSITY & ) | |
| LAWRENCE K. HELLMAN, ) | |
| ) | |
| Defendants. ) | |

### UNOPPOSED MOTION TO EXCLUDE DEFENDANT
### LAWRENCE K. HELLMAN FROM SETTLEMENT CONFERENCE

Defendants Oklahoma City University and Lawrence K. Hellman respectfully request that Defendant Hellman be excused from attendance at the Settlement Conference set for December 8, 2009 at 9:00 a.m. before Magistrate Judge Doyle W. Argo. In support of this request, Defendants further state as follows:

1. Defendant Hellman will be in China from November 30, 2009 to December 13, 2009 visiting and presenting lectures to several universities.

2. Although Defendant Hellman will not be present for the Settlement Conference, representatives will full settlement authority on his behalf and on behalf of Defendant Oklahoma City University will be present, as well as the insurer, in full accordance with LCvR 16.2.

3. Plaintiff's counsel has been contacted and has no objection to this request.

4. Due to the deadlines in this matter, the upcoming holidays and schedules of the parties and counsel[1], it is believed that the Settlement Conference should proceed as planned. Defendant Hellman's absence will not impair the parties' ability to resolve this matter.

    Respectfully Submitted

    s/ Courtney K. Warmington
    Leonard Court, OBA #1948
    Courtney K. Warmington, OBA #18486
    Daniel P. Johnson, OBA #20742

    -Of the Firm-

    CROWE & DUNLEVY
    A Professional Corporation
    20 North Broadway
    Suite 1800
    Oklahoma City, OK 73102-8273
    (405) 235-7700
    (405) 239-6651 (Facsimile)
    leonard.court@crowedunlevy.com
    courtney.warmington@crowedunlevy.com
    daniel.johnson@crowedunlevy.com

    Attorneys for Defendants

---

[1] In particular, lead counsel for Defendants is undergoing a total knee replacement on December 11, 2009 and will be unavailable for at least six (6) weeks.

CERTIFICATE OF SERVICE

     I hereby certify that on this 30th day of November, 2009, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing. The Court Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

Stanley M. Ward
Woodrow K. Glass
Scott F. Brockman
Scott K. Thomas
Zack K. Bradt
Ward & Glass, LLP
1821 N. Imhoff Road, Suite 102
Norman, Oklahoma 73071
(405) 360-9700
(405) 360-7902 FAX

                                      s/ Courtney K. Warmington

1959195.01.WARMINGC