IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DANNE L. JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )   Case No.  CIV-08-1318-HE |
| **OKLAHOMA CITY UNIVERSITY &** | ) |
| **LAWRENCE K. HELLMAN,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXCLUDE
LAWRENCE K. HELLMAN FROM SETTLEMENT CONFERENCE**

Upon the application of the Defendants, Oklahoma City University and Lawrence K. Hellman, [Dkt. #37], respectfully requesting that Defendant Hellman be excused from attendance at the Settlement Conference set for December 8, 2009 at 9:00 a.m., in the above styled and numbered case, and after careful consideration, it is hereby granted that the Defendant Lawrence K. Hellman shall be excused from attendance at the Settlement Conference.

IT IS HEREBY ORDERED this 30th day of November, 2009.

_____
DOYLE W. ARGO
UNITED STATES MAGISTRATE JUDGE