IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)   DANNE L. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-08-1318-H |
| | ) | |
| (1)   OKLAHOMA CITY UNIVERSITY, a non-profit agency; and, | ) ) | |
| (2)   LAWRENCE K. HELLMAN, Individually, and as Dean of the Oklahoma City University School of Law, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff and hereby stipulates to the dismissal of the above-entitled action with prejudice as authorized by Fed.R.Civ.P. Rule 41(a)(1)(A)(ii). Plaintiff Danne L. Johnson hereby dismisses with prejudice Lawrence K. Hellman, individually, and as Dean of the Oklahoma City University School of Law, as a party Defendant in the above-entitled matter.

DATED the 16th day of December, 2009.

s/Woodrow K. Glass
Stanley M. Ward, OBA #9351
Woodrow K. Glass, OBA #15690
Scott F. Brockman, OBA #19416
Scott K. Thomas, OBA #21842
Zachary K. Bradt, OBA #22073
WARD & GLASS, LLP
1821 E. Imhoff Rd., Suite 102

        Norman, Oklahoma   73071
        Telephone:   405-360-9700
        Facsimile:   405-360-7902
        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of December, 2009, a true and correct copy of the above and foregoing was electronically transmitted to the Clerk of the Court using ECF System for filing and transmittal of a Notice of Electronic Filing was electronically sent to the following counsel of record:

Leonard Court
Courtney K. Warmington
Crowe & Dunlevy
20 N. Broadway, Suite 1800
Oklahoma City, OK   73102
405-235-7700 Telephone
405-239-6651 Facsimile
ATTORNEYS FOR DEFENDANTS

        s/Woodrow K. Glass