## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

**OKLAHOMA CITY, OKLAHOMA**

**Date:  December 21, 2009**

| | | |
|---|---|---|
| **DANNE L. JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CIV-08-1318-HE** |
| | ) | |
| **OKLAHOMA CITY UNIVERSITY &,** | ) | |
| **LAWRENCE K. HELLMAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ENTER ORDER:**

The settlement conference was held on December 8, 2009, before Magistrate Judge Doyle Argo.  Woody Glass appeared on behalf of the Plaintiff as lead trial counsel and Leonard Court appeared on behalf of the Defendants as lead trial counsel.

   X       The case settled.

By direction of Magistrate Judge Doyle W. Argo, we have entered the above enter order.

Robert D. Dennis, Clerk

By:    **s/*Steve Rogers***
Deputy Clerk